# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

Date: August 6, 2008

Case No.: 07-cv-01132-JLK

Reporter: Darlene Martinez
Deputy Clerk: Bernique Abiakam

| | |
|---|---|
| WELLS FARGO BANK, | Susan L. Martineau *(via telephone)* |
| Plaintiff, | |
| v. | |
| PACER INTERNATIONAL, INC., | Stephen E. Csajaghy |
| Defendant/Third Party Plaintiff, | |
| v. | |
| RAIL CONTAINER CORPORATION, | No appearance |
| Third Party Defendant. | |

## COURTROOM MINUTES

**HEARING: Status Conference**

**2:03 p.m.     Court in session.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

**ORDERED:** Stipulated Motion To Dismiss Claims Without Prejudice (Filed 8/5/08; Doc. No. 17) is GRANTED.

**ORDERED:** Third Party Complaint (Filed 6/14/08; Doc. No. 8) is DISMISSED WITHOUT PREJUDICE.

**2:07 p.m.     Court in recess.**
Hearing concluded.
Total in-court time: 00:03